[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14562
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 22, 2011
JOHN LEY
CLERK

D.C. Docket No. 3:01-cr-00038-HES-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OTIS MCRAY,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(February 22, 2011)

Before BLACK, HULL and WILSON, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Otis McRay in this 18 U.S.C.

§ 3582(c)(2) proceeding, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McRay's sentence i**s AFFIRMED**.